# EXHIBIT A



# DISTRICT ATTORNEY
## WILLIAM J. FITZPATRICK

County of Onondaga
Criminal Courthouse, 4th Floor
505 South State Street
Syracuse, New York 13202
315-435-2470
Fax: 315-435-3969

November 7, 2017

Green and Brenneck
c/o: Scott Brenneck, Esq.
100 Madison St., Tower 1, Flr 17
Syracuse, NY 13202

**RE:    Inv. Re: Alex Goldman**
**        Inv. #: 17-468**

Dear Mr. Brenneck,

Please accept this letter as the response to your questions outlined in your email sent on October 31, 2017 with respect to the above-referenced investigation. I am basing these answers on the investigation completed by my office and the Syracuse Police Department. I have personally interviewed the complaining witness, Catherine Reddington. I was briefed by the detectives, reviewed all police reports and medical records of the complainant, and I have been notified about the results of the Rape Kit at the Center for Forensic Sciences.

1.    **Is there any physical evidence that corroborates the complainant's allegation of sexual assault?**

No. There is no corroborating evidence to support allegations of a sexual assault. There were no witnesses to a sexual assault. In fact, the surveillance video shows Ms. Reddington following Mr. Goldman to his room and the two are the only persons that enter that room the rest of the night. Ms. Reddington is the first person to be seen leaving

1

the room the following morning. There is also no physical evidence from the SANE to corroborate a sexual assault.

Ms. Reddington arrived at Crouse Hospital on April 24, 2017 alleging that she was sexually assaulted the evening of Saturday, April 22, 2017 while at a Fraternity Party on campus. Ms. Reddington had a few bruises on her outer buttock and hip. However, Ms. Reddington indicated the bruising on her hip was from the day prior to the incident. It was also noted that there were two tears to her left labia. There were no internal cuts or abrasions to vaginal walls and she had smooth hymen edges. Nonetheless, such injury is not sufficient evidence, standing alone, of a sexual assault.

2. **Do you know the results of the DNA analysis?**

Yes. Upon information and belief, and from speaking with the members of the Center for Forensic Sciences, all testing of the vaginal swab, vulva swab and perianal swab resulted in negative results for male DNA. I have been informed that this final report will not be available for review for another week or two.

3. **Other than the DNA tests, are you aware of any scientific reports or tests that were performed that corroborate the complainant's allegations?**

Upon information and belief, there are no other scientific reports or tests that were completed that corroborate the complainant's allegations. The only other scientific testing the People are aware of is the analysis of Ms. Reddington's urine that was taken at the hospital; given that she thought she may have been drugged. That test came back positive for caffeine and marihuana. There were no other drugs or intoxicants detected in her system to support the allegation that she had been drugged.

4. **Are you aware of whether the complainant's clothes from the night of the alleged incident were soaked with blood?**

I am waiting on confirmation from the Lab to provide a more accurate response to this question. However, from a review of the reports, it indicates a thong was submitted with no visible blood and a "white leotard w/ blood stain in crotch area" was submitted by Ms. Reddington during the SANE.

It should be noted that while Ms. Reddington did complain of pain and bleeding to her vagina during her first visit to Crouse at the time the SANE was completed but Ms. Reddington returned to Crouse on April 29th complaining of continued vaginal bleeding. Conversely, when she returned on the 29th she stated that the bleeding had stopped the day prior and began bleeding again that morning so severely that it "soaked through her underpants". Therefore, at this point the only mention of the word "soaked" is by the complainant in the follow-up medical visit. It was noted that the resident GYN felt that the renewed bleeding on the 29th was a result of the medication provided as part of the SANE.

5. **Can you confirm that there were no anal injuries viewed or recorded at the time of the initial examination?**

Yes. The results of the SANE indicate that the anus was normal in tone with no tearing, bruising, lesions, skin tags or anal dilation.

6. **There is a family court petition that states several allegations that were not previously disclosed. When confronted with this statement by the SU investigator, the complainant attributed the contents of the Family Court petition to an overzealous Vera House advocate. Have you had an occasion to speak with the complainant about the allegations on the Family Court petition? If so, what explanation did she provide?**

Yes. She indicated that she did not know the purpose of the Vera House advocate's documentation but that he must have taken it down wrong. When confronted about the specifics in the Family Offense Petition and if those were her words, she did confirm that the allegation regarding the "sharp object" were her words because she believed, from conversations with doctors and detectives, that she could not have received the cut to her vagina any other way other than by a sharp object. I informed her that she has never articulated a memory of Mr. Goldman possessing or using a sharp object and she confirmed that she had no knowledge or recollection of such behavior by Mr. Goldman.

7. **Did the complainant articulate any conduct that would substantiate a sexual assault or sexual misconduct?**

No. Ms. Reddington has stated repeatedly that she has no direct knowledge of any sexual acts that she may have engaged in with Mr. Goldman. During the course of conversations with Ms. Reddington, she indicated that she had flashes of memories of him holding her down by her arms that evening but when asked about the specifics of his actions, she is unable to articulate a sexual act committed by Mr. Goldman. She is not able to articulate whether she was wearing clothes, whether he was wearing clothes, or whether any of their intimate parts were exposed while she was allegedly being held down.

The only alleged sexual conduct by Mr. Goldman that Ms. Reddington has articulated was her allegation to patrol officers that she woke she was fully clothed but he was "touching around down there". However, upon further interviews with detectives in the following days, the details in that allegation changed drastically as it pertains to the penal law. Ms. Reddington told detectives that she woke up to Mr. Goldman getting in and out of bed and after returning to bed he began "rubbing his hands on her" in an effort to touch her vagina but "was not successful." Furthermore, hospital staff was informed that she awoke to him spooning her and that he "tried to place his hands going towards her vagina." An allegation of his hand toward her vagina would not constitute criminal conduct.

In conclusion, it is impossible to determine what occurred in Mr. Goldman's bedroom that evening. As you are aware, sexual assaults are inherently difficult cases to prove because it is otherwise a legal act among two consenting adults. These acts don't become a crime until the People can prove that there was some form of a lack of consent articulated by section 130 of the Penal Law; including but not limited to (1) being "physically helpless," (2) by "forcible compulsion", or (3) "no means no". Initially Ms. Reddington believed she was sexually assaulted

by Mr. Goldman because of two factors: (1) the following morning she was unable to recall any events from the prior evening spent with Mr. Goldman; and (2) the cut she had sustained to her vagina and minor bruising on her body. Those circumstances are not the basis of any criminal offense, nor do they prove any non-consensual sexual conduct. After seeing a therapist Ms. Reddington began to have flashes of memories. From these repressed memories she claimed Mr. Goldman was holding her down by her arms. Repressed memories, no matter how vivid or "real" to a person, have been determined to be unreliable in a court of law and cannot serve as a legitimate basis of a sexual assault. Furthermore, repressed memories would make it impossible to prove any sexual assault occurred under the theory of "physically helpless" as one would have no memory at all to meet the element of "physically helpless." Ms. Reddington's lack of memory and the lack of any witnesses to this incident make it impossible to prove that she articulated an unwillingness to act upon any sexual conduct that may have occurred. Lastly, she was unable to articulate what was occurring while she was being held down. Therefore, Mr. Goldman may not be charged under the theory of forcible compulsion as there is no evidence to support that claim.

I have personally reviewed all of the evidence in this case. After a full and thorough investigation by our office and the detectives with the Syracuse Police Department, it is impossible to determine what, if anything, occurred that evening between Ms. Reddington and Mr. Goldman. There is no credible proof of any sexual conduct in this case, consensual or non-consensual. As a prosecutor sworn to pursue justice, it would be unethical for me to charge Mr. Goldman with a crime based on these facts and circumstances. Consequently, we are closing this investigation without arrest. Please do not hesitate to contact me if you have any questions or concerns.

Very truly yours,

Maureen H. Barry
Assistant District Attorney

EXHIBIT B

Text Message between Tom Aiello and Catherine Reddington from 11/17/17

Wait this is Tom aiello right

> Yes

What is noahs problem he literally was giving me dirty looks throughout the night and then at one point came up to me and shoved me

Away from Tom Austen

Like does he not get who alex is? Someone else came up to me tn and thanked me bc of what he did to their friend

Sorry I don't want you to feel weird, so if you do just lmk

I just don't get it like I'm sure alex wouldn't tell you guys why exactly they chose to expel him but do people think I made something up?

> I'm sorry but this isn't my situation and I would prefer not to get involved.

Okay well you all let him continue to live in your house after I made you specifically aware of how violent he was, so just by that you guys got involved. I literally told the school not to get you guys in trouble yet literally multiple people in your house made up lies in the report and are now treating me as if I did something wrong. And now I have girls coming up thanking me bc of what he's done to their own friends. Fuck that. All I'm saying is im not standing up for a house that is condoning someone who ruined physically damaged my body and who are literally standing up for a violent rapist. I hope you all know what exactly it is that you are defending, bc if that's so you are just as bad as him.

> We don't condone any of that, I promise you. I want to remain neutral in this situation. It was a weird a day. But please I don't want to talk about this situation. We love you and all of your friends.

EXHIBIT C

retailhr@yahoo.com ··········· Log In

Sign Up

Forgot account?



**Catherine Marie** is at   NJIT.
June 4 at 7:44pm · Newark, NJ ·

**This can be triggering to read so keep that in mind as you read on.

I want to open this post with a recognition. A recognition of all survivors of assault and rape who have felt the need to stay quiet. To stay quiet for the feeling that no one would believe them, to stay quiet for the feeling that for your loved ones it would be too much, to stay quiet for the feeling that once it is out you will not be looked at the same, to stay quiet for the feeling that you might have given the impression that you wanted it, and to stay quiet for the feeling that you could have done something differently to stop it. This is for me, and this is for you.

During the early hours of April 23, 2017 I was raped and sodomized. I woke up in Delta Kappa Epsilon Fraternity in Alex Goldman's bed confused, bloody, bruised, with ripped clothing and splinter. I went to the police only to be asked if I had ever engaged in rough sex prior to my rape, and my friend to be asked if I slept around. I never slept around, in fact, I have never had a one night stand in my life. Not that that should matter as rape is an act of violence, not sex.

This process of reporting this has been horrible, not only did Alex Goldman expose me to his own evils but also to the injustices in this world. I spent 6 months being deceived and ignored by law enforcement. I spent 6 months trying to a work a system that is supposed to work for me. I spent 6 months trying to fix a "flawed" system only to realize it is broken entirely. I have spent my life feeling "protected", feeling safe and feeling confident in my country's justice system only to find out it was all a lie.

ADA Maureen Barry ( https://www.linkedin.com/in/maureen-barry-3b727322/ ),an SU alum who was at one point apparently on my case, took her time to write a SIX page response to Alex Goldman's lawyer stating that I was not raped by criminal standards and that she was not positive that my clothing was bloody, when it in fact was. She wrote this for Alex's lawyer to use against me in my University case against him. Despite her disgusting and inconceivable efforts to help Alex Goldman get away with my rape he was still expelled, as criminal burden of proof is much higher than that of a university.

Besides taking my own sense of security that night, Alex Goldman's actions have exposed me to the true injustices in our "justice" system. I feel scared knowing that it is 2018 and women are in no means protected by our government. Knowing that women are still viewed more for the purpose of their body parts than the words of their hearts, of their souls.

Once I informed Detective Michael Bates from the "Abused Persons Unit" of Syracuse Police Department, for a third time, that I had been sodomized, the attitude with which he regarded my case changed. He even tried to tell me I never made him aware of the sodomy- only I had, he just clearly wasn't listening. While I was happy with his change of attitude towards the seriousness of my case, I couldn't help but be enraged by what his change of attitude had meant for me as well as for the women of America. That a rape allegation was only being taken more seriously because it was accompanied by sodomy? Penetration without consent should be wrong whether it was done to my vagina or anus, or both. Rape should not be dismissed because it was done to a sex organ, rather than a place of waste.

We say it's our society's attitude that feeds the rape culture in America. But our own legal system encourages it by making such biased assumptions and preconceived notions. By believing that the function of woman's vagina speaks louder than her voice.

By assuming that my injuries were a product of having a vagina and not a product of rape.
But injuries to my anus, and it not being a sex organ, must mean that I did not want what was done to me. Why do the biological functions of my body speak more than my own voice does? However, once a body part not made for sex is involved, automatically it must have been nonconsensual? As if my body's role in sex makes me incapable of not wanting it to be penetrated. I

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018

thought women and men were equal and now I see we clearly aren't. I thought in 2017/2018 people were given rights based off being human, not based off their gender. I no longer feel the same sense of security and comfort that I once felt in this world.

And as impossible as it is to try to see any positive in this assault, I try to remind myself that in this very dark and ugly event there is light and hope, for me and for others. Since the days after the assault I have been faced with choices. The choice to resist accepting this as my new reality. Or the choice to fight like hell.

To fight him, to fight my own internal denial, and to fight a system that was so clearly broken. To take back the power he so viciously took from me. To take action out of respect for myself and out of responsibility for all those who he will attack after me. I knew if I wasn't able to fight for myself that I would then have to at least fight for the others that would come after me.

People don't wake up one day and randomly decide they are going to violently rape and sodomize someone.

I won't allow him to damage someone else just as he did to me. Even though I will never get back what I lost that night, at least I can prevent others from having to endure his cruel and demeaning violence. Because being able to do that makes the fight that I have been fighting for these past 13 months worth it.

My motive is to try to stop him from ruining another person's life, as this will not be the last time.

He is a predator.

He didn't have to rape and sodomize me.◆He didn't have to do any of this. This is more than just seeking justice; this is seeking prevention.

I completed an entire two semesters at the school where my rapist was expelled from, one of which he was there for, but to this day he continues to walk free. My rapist has an internship with Bohler Engineering and will be graduating from a different college, New Jersey Institute of Technology. I have had multiple individuals that have approached me, expressed their knowledge of Alex Goldman's track record.

Alex Goldman is a rapist. I write this post because this is not the first time Alex Goldman has raped someone and I want to make sure that it is the last. With the condition that he left me in, I am afraid for his potential victims. While I am proud to say I got my rapist expelled from Syracuse University, on November 15, 2017, he now attends New Jersey Institute of Technology where he is on track for graduation. Clearly my school officials saw something wrong enough with him to remove him permanently from my university, however, our law enforcement continues to allow him to walk the streets. While I tried doing this "the systematic way", this monster is free and should be behind bars.

To his fraternity brothers who lied during my process and turned a blind eye over the past years you should be ashamed and disgusted with yourselves.

NJIT
NJIT - Newark College of Engineering
Syracuse Police Department

#MeToo #NewJerseyInstituteofTechnology #NJIT #BohlerEnginerring

https://www.linkedin.com/in/alex-goldman-b99502b1

https://www.facebook.com/alex.goldman.98/photos...





648 Likes   99 Comments   170 Shares

EXHIBIT D



**Catherine Reddington**
Student at Syracuse University
1w · Edited

(1)

I want to open this post with a recognition. A recognition of all survivors of assault and rape who have felt the need to stay quiet. To stay quiet for the feeling that no one would believe them, to stay quiet for the feeling that for your loved ones it would be too much, to stay quiet for the feeling that once it is out you will not be looked at the same, to stay quiet for the feeling that you might have given the impression that you wanted it, and to stay quiet for the feeling that you could have done something differently to stop it. This is for me, and this is for you.

During the early hours of April 23, 2017 I was raped and sodomized. I woke up in DKE in Alex Goldman's bed confused, bloody, bruised, with ripped clothing and splinters. I went to the police only to be asked if I had ever engaged in rough sex prior to my rape, and my friend to be asked if I slept around. I never slept around, in fact, I have never had a one night stand in my life. Not that that should matter as rape is an act of violence, not sex.

**New Jersey Institute of Technology**

**Bohler Engineering**

**#MeToo**

**Catherine Reddington**
Student at Syracuse University
1w · Edited

(2)

This process of reporting this has been horrible, not only did Alex Goldman expose me to his own evils but also to the injustices in this world. I spent 6 months being deceived and ignored by law enforcement. I spent 6 months trying to a work a system that is supposed to work for me. I spent 6 months trying to fix a "flawed" system only to realize it is broken entirely. I have spent my life feeling "protected", feeling safe and feeling confident in my country's justice system only to find out it was all a lie.

Besides taking my own sense of security that night, Alex Goldman's actions have exposed me to the true injustices in our "justice" system. I feel scared knowing that it is 2018 and women are in no means protected by our government. Knowing that women are still viewed more for the purpose of their body parts than the words of their hearts, of their souls.

**New Jersey Institute of Technology**
**#MeToo**
**Bohler Engineering**

7 Likes



**Catherine Reddington**
Student at Syracuse University
1w · Edited

(3)

Besides taking my own sense of security that night, Alex Goldman's actions have exposed me to the true injustices in our "justice" system. I feel scared knowing that it is 2018 and women are in no means protected by our government. Knowing that women are still viewed more for the purpose of their body parts than the words of their hearts, of their souls.

Once I informed Detective Michael Bates, for a third time, that I had been sodomized, the attitude with which he regarded my case changed. He even tried to tell me I never made him aware of the sodomy- only I had, he just clearly wasn't listening. While I was happy with his change of attitude towards the seriousness of my case, I couldn't help but be enraged by what his change of attitude had meant for me as well as for the women of America. That a rape allegation was only being taken more seriously because it was accompanied by sodomy? Penetration without consent should be wrong whether it was done to my vagina or anus, or both. Rape should not be dismissed because it was done to a sex organ, rather than a place of waste.

**New Jersey Institute of Technology**
**#MeToo**

**Bohler Engineering**

6 Likes

👍 **Like**   💬 **Comment**   ↪ **Share**



**Catherine Reddington**
Student at Syracuse University
1w · Edited

. . .

(4)

We say it's our society's attitude that feeds the rape culture in America. But our own legal system encourages it by making such biased assumptions and preconceived notions. By believing that the function of woman's vagina speaks louder than her voice.

By assuming that my injuries were a product of having a vagina and not a product of rape.

But injuries to my anus, and it not being a sex organ, must mean that I did not want what was done to me. Why do the biological functions of my body speak more than my own voice does? However, once a body part not made for sex is involved, automatically it must have been nonconsensual? As if my body's role in sex makes me incapable of not wanting it to be penetrated. I thought women and men were equal and now I see we clearly aren't. I thought in 2017/2018 people were given rights based off being human, not based off their gender. I no longer feel the same sense of security and comfort that I once felt in this world.
**New Jersey Institute of Technology**
**#MeToo**

**Bohler Engineering**

19 Likes

👍 Like  💬 Comment  ↪ Share



**Catherine Reddington**
Student at Syracuse University
1w · Edited

(5)

And as impossible as it is to try to see any positive in this assault, I try to remind myself that in this very dark and ugly event there is light and hope, for me and for others. Since the days after the assault I have been faced with choices. The choice to resist accepting this as my new reality. Or the choice to fight like hell. To fight him, to fight my own internal denial, and to fight a system that was so clearly broken. To take back the power he so viciously took from me. To take action out of respect for myself and out of responsibility for all those who he will attack after me. I knew if I wasn't able to fight for myself that I would then have to at least fight for the others that would come after me.

People don't wake up one day and randomly decide they are going to violently rape and sodomize someone.

I won't allow him to damage someone else just as he did to me. Even though I will never get back what I lost that night, at least I can prevent others from having to endure his cruel and demeaning violence. Because being able to do that makes the fight I fought for these past 13 months worth it.

**New Jersey Institute of Technology**
**Bohler Engineering**

8 Likes

👍 Like    💬 Comment    ↪ Share



**Catherine Reddington**
Student at Syracuse University
3h • Edited

(6)
I completed an entire two semesters at the school where my rapist was expelled from, one of which he was there for, but to this day he continues to walk free. My rapist has an internship with @**Bohler Engineering** and will be graduating from a different college, New Jersey Institute of Technology. I have had multiple individuals that have approached me, expressed their knowledge of Alex Goldman's track record, as they have had similar experiences. Alex Goldman is a rapist. I have to write this post because this is not the first time that Alex Goldman has done this, and it will not be his last. With the condition that he left me in, I am afraid for his future potential victims. While I am proud to say I got my rapist expelled from Syracuse University, on November 15, 2017, he now attends New Jersey Institute of Technology where he is on track for graduation. Clearly my school officials saw something wrong enough with him to remove him permanently from my university, however, our law enforcement continues to allow him to walk the streets. While I tried doing this "the systematic way", this monster is free and should be behind bars.
New Jersey Institute of Technology
**Bohler Engineering**
**#MeToo**

 Leave your thoughts here... 

    
**Home** My Network Messaging Notifications Jobs

EXHIBIT E



**Verizon** 4:42 PM 14%

< Home **Bohler Engineering** >
Typically replies in a day

syracuse did when they deemed him
dangerous and expelled him.
thank you for your time.

Thanks for messaging us. We try
to be as responsive as possible.
We'll get back to you soon.

4:38 PM

Thanks for the message. Due to
the severity of the allegations
and our zero tolerance policy, we
have elected to immediately
terminate the employment
relationship.

q w e r t y u i o p
a s d f g h j k l
z x c v b n m
123 space return



**Catherine Marie**
Follow · June 5 · 🌐  ···

Thank you to everyone for reposting and
spreading the word on the monster that Alex
Goldman is. Thank you to Bohler Engineering for
taking a stand against this disgusting excuse of a
man. Alex Goldman has now lost his position at
Bohler Engineering. — 😊 feeling happy.

👍 Like       💬 Comment       ↪ Share

👍❤️ Amanda Silverstein, Josh Levitt and 360 others

1 Share                                    13 Comments

View 7 more comments

**Jessica Michelle Prisco** Made my day to
read this ❤️
Like · Reply · 1w                              👍 3

**Steph Nelson** Ok Wonder Woman! 💕
Like · Reply · 1w                              👍 1

**Catherine Schay** genuinely didn't expect
them to answer me but i'm so glad that
they did and in the way that they did.
nothing made me happier than to share

Write a comment...          😊 📷 GIF 🙂

EXHIBIT F

and guess what, she ~~couldn't speak~~ english either.
Sorry but to all the english speakers out there, RUN!!
I guess everyone spends their time reading and re-reading the same material without any social interaction with anyone else! NOT a good school.

 1

👍 Like          💬 Comment          ↪ Share

 **Catherine Marie** reviewed **NJIT** —       •••
Wednesday at 1:48 AM · 🌐

A school that accepts recently expelled rapists, despite it being marked on their transcript...

👍 Like          💬 Comment          ↪ Share

 **Tarik Rodgers** reviewed **NJIT** —       •••
May 14, 2017 · 🌐

This school meant the world to me! Obviously NJIT gave me a great technical education, but even well above that NJIT gave me every opportunity to round out a college experience from participating in NCAA sports and intramural sports with the most diverse teammates ever and best coach Dave Denure, to