UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
ALEX GOLDMAN,   :   Case No. 18-cv-3662 (JFB) (ARL)
 :
                    Plaintiff,   :
 :   **AFFIDAVIT OF SERVICE**
        -against-   :
 :
CATHERINE REDDINGTON,   :
 :
                    Defendants.   :
 :
--------------------------------------------------------------- x

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

Derrelle M. Janey, being duly sworn, deposes and says:

1. I am not a party to this action. I am over 18 years of age. I reside in New York County, New York and work in New York, New York.

2. On Monday, June 25, 2018, I caused to be served complete, true and accurate copies of Plaintiff Alex Goldman's (1) Judge Bianco's order that all parties shall appear in-person on Wednesday, June 27, 2018 at 1:30pm; (2) complaint and exhibits thereto; and (3) order to show cause and supporting papers (collectively, the "Complaint and Order to Show Cause Papers") by causing them to be enclosed in a sealed, postage-paid envelope, and placed under the exclusive care and custody of UPS within the State of New York, for overnight delivery to Defendant Reddington at the address indicated below:

Catherine Reddington
91 Amherst Street
Garden City, New York 11530

3. I also caused the outside of the envelope to be marked "PERSONAL AND CONFIDENTIAL." The outside of the envelope did not indicate, by return address or otherwise, that the communication was from an attorney or concerned a legal action.

4. Upon information and belief, 91 Amherst Street, Garden City, New York, 11530 is the address of residence of which Defendant Reddington resides.

_____
Derrelle M. Janey, Esq.

Sworn to before me this
25th day of June 2018

_____
Notary Public

SETH JASON ZUCKERMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ZU6363360
Qualified in New York County
My Commission Expires 08-21-2021