**CIVIL CAUSE FOR TRO**

BEFORE JUDGE BIANCO

Date 6/27/18        TIME: 1:30 p.m.        TIME IN COURT: 45 min.

CASE NUMBER: CV-18-3662

TITLE: Goldman v. Reddington

FTR RECORDER:    2:34-3:19        COURTROOM DEPUTY: Michele Savona

OTHER: _____

 X    CASE CALLED.

 X    CONF HELD

 X    ARGUMENT HEARD / CONT'D TO _____.

 X    DECISION:    Made on the record. TRO denied.

**OTHER:** _____