

Gottlieb & Janey LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebjaney.com
New York · London · Rome

June 28, 2018

**VIA ECF AND OVERNIGHT DELIVERY**
The Honorable Judge Joseph F. Bianco
United States District Court—
 Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, New York 11722

Re: *Goldman v. Reddington*, 18-cv-03662 (JFB)

Dear Judge Bianco:

This law firm represents the plaintiff, Alex Goldman, in the above-referenced matter. Your Honor might recall that the parties were before Your Honor yesterday in connection with the plaintiff's application for a temporary restraining order ("TRO"). We write to correct a misstatement made by undersigned counsel during the TRO argument.

I had the understanding that Syracuse University had undertaken only an investigation and did <u>not</u> hold a hearing in connection with its investigation. Accordingly, at several points on the record, I stated that no hearing had been held. Subsequent to yesterday's appearance, I have developed an understanding that such a representation is incorrect and, by this letter, I wish to correct that representation. Syracuse did, in fact, hold a hearing.

I plan to confer with defendant's counsel as to the implication of this fact, if any, on the scheduled preliminary injunction hearing and will notify the court no later than July 9th if the parties determine that the preliminary injunction hearing is no longer necessary.

Respectfully submitted,

Gottlieb & Janey LLP

By: *(signature)*
Derrelle M. Janey

Counsel of record (via ECF)