

| | Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| | Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
ATTORNEYS AT LAW | | Tara J. Davis | Megan S. Goddard |
| Stuart Bernstein | Diana R. Warshow | *Counsel* |
nmllplaw.com | | Gabrielle M. Vinci | Rebecca C. Nunberg |
| | Jeffrey S. Berkowitz | *Counsel* |
| | Kara L. Gorycki | Marybeth Sydor |
| | Cindy A. Singh | *Title IX Consultant* |

July 13, 2018

**VIA ELECTRONIC FILING**
The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Alex Goldman v. Catherine Reddington**
             **Index No. 18-CV-3662**

Dear Your Honor,

    Please be advised, we are in the process of being retained by defendant Catherine Reddington ("Defendant") in the above referenced matter. I write to respectfully request a brief adjournment of the appearance currently scheduled for Monday, July 16, 2018. I have conferred with Plaintiff's counsel who consents to this adjournment.

    As Your Honor is aware, there was a preliminary injunction hearing scheduled for Monday, July 16, 2018 at 10:30 a.m. On July 10, 2018, Plaintiff filed a letter officially withdrawing his request for a preliminary injunction and requested that the July 16 appearance be converted to a Rule 26(f) conference. Defendant has yet to file an Answer to Plaintiff's Complaint.

    Defendant respectfully requests an adjournment of the Rule 26(f) conference to allow counsel sufficient time to review and analyze the allegations in Plaintiff's Complaint, familiarize herself with this case, speak with pertinent witnesses, review relevant documents, and determine the appropriate response. Accordingly, the undersigned respectfully requests that the Rule 26(f) conference be adjourned for two weeks, or to a date thereafter that is convenient for the Court.

    The undersigned remains available should Your Honor have any questions or concerns. Thank you for your attention to this matter.

                              Very truly yours,
                              **NESENOFF & MILTENBERG, LLP**

                          By: */s/ Gabrielle Vinci*
                              **Gabrielle M. Vinci, Esq.**

CC: All Counsel (Via ECF)