# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX GOLDMAN, ) | |
| ) | Civil Action No.: 18-CV-3662-JFB-ARL |
| Plaintiff, ) | |
| ) | |
| -against- ) | |
| ) | |
| CATHERINE REDDINGTON ) | |
| ) | |
| Defendant. ) | |

## MOTION TO BE RELIEVED AS COUNSEL

The undersigned counsel respectfully moves this Court for an Order (i) allowing Nesenoff & Miltenberg, LLP to withdraw as counsel of record for Defendant Catherine Reddington ("Defendant"), (ii) staying the action for thirty (30) days for Defendant to retain new counsel and (iii) for such other and further relief as the Court deems just and proper for the reasons set forth in the attached Declaration of Gabrielle M. Vinci, Esq. in support of this motion to be relieved as counsel.

Dated: July 27, 2018
      New York, New York

NESENOFF & MILTENBERG, LLP

By: /s/ *Gabrielle Vinci*
    Gabrielle M. Vinci, Esq.
    363 Seventh Avenue, 5th Floor
    New York, New York 10001
    (212) 736-4500
    gvinci@nmllplaw.com

1