UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEX GOLDMAN,

                                       Plaintiff,                      **ORDER**
                                                                              CV 18-3662 (JFB) (ARL)
    -against-

CATHERINE REDDINGTON,

                                      Defendant.
-----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the Court is the motion of Nesenoff & Miltenberg, LLP for leave to withdraw as the attorney of record for the defendant, Catherine Reddington ("Reddington"), pursuant to Local Civil Rule 1.4. ECF No. 20. On the same day the motion was filed, counsel for the plaintiff immediately submitted opposition to the motion, arguing that his client would be prejudiced by the withdrawal given the fact that Reddington's time to answer the complaint had expired two weeks before the motion had been filed. Counsel for the plaintiff went on to argue that Reddington's failure to obtain conflict-free counsel was a function of her own doing. Despite the plaintiff's objection, by order dated August 1, 2018, the undersigned directed defense counsel to serve Reddington with the motion and provided her with an opportunity to respond.

       Although Reddington has not submitted a formal response to the motion to withdraw, on August 10, 2018, Sandra L. Musumeci of Riley Safer Holmes & Cancila LLP filed a notice of appearance indicating that she intends to serve as counsel for Reddington. Accordingly, the court will treat the motion to withdraw and the notice of appearance as a consent to change attorneys and will grant that request. The Court will also grant Reddington's modest request for an extension of time to answer the complaint to August 24, 2018.

Dated: Central Islip, New York              **SO ORDERED:**
       August 13, 2018

                                                                        /s/
                                                      ARLENE ROSARIO LINDSAY
                                                      United States Magistrate Judge