UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX GOLDMAN, | Case No. 1:18-cv-03662-JFB-ARL |
| Plaintiff, | |
| -against- | |
| CATHERINE REDDINGTON, | |
| Defendant. | |

# DEFENDANT CATHERINE REDDINGTON'S NOTICE OF DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that for the reasons set forth in the accompanying Memorandum of Law, dated October 4, 2018, and upon the prior proceedings and pleadings filed in this Action, Defendant Catherine Reddington will move this Court at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Courtroom 1040, Central Islip, New York 11722, on November 27, 2018 at 4:30 PM, for an Order dismissing Plaintiff's Complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Date: October 4, 2018

Respectfully Submitted,

*/s/ Sandra L. Musumeci*
Sandra L. Musumeci
RILEY SAFER HOLMES & CANCILA LLP
1330 Avenue of the Americas, 6th Floor
New York, New York 10019
Phone: 212-660-1000
Fax: 212-660-1001
Email: smusumeci@rshc-law.com

1

                                Matthew P. Kennison (*pro hac vice motion pending*)
R<small>ILEY</small> S<small>AFER</small> H<small>OLMES</small> & C<small>ANCILA</small> LLP
121 W. Washington, Suite 402
Ann Arbor, MI 48104
Tel: 734.773.4911
Fax: 734.773.4901
mkennison@rshc-law.com

*Attorneys for Catherine Reddington*