

Gottlieb & Janey LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebjaney.com
New York · London · Rome

June 3, 2019

**VIA ECF**
The Honorable Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:** *Goldman v. Reddington*, **18-cv-03662 (RRM-ARL)**
       **Request for Status Conference**

Dear Judge Mauskopf:

  This law firm represents the plaintiff, Alex Goldman, in the above-referenced matter.

  As the Court is aware, this matter was previously assigned to Judge Joseph F. Bianco and has been reassigned to Your Honor. On October 4, 2018 (Dkt. No. 33), defendant Reddington filed a motion to dismiss. This motion is still pending.

  We write to the Court to respectfully request a status conference to discuss ongoing issues in this case, at a date and time convenient for the Court.

  We have conferred with defendant's counsel regarding this request and they do not oppose this request.

  Thank you for the Court's consideration.

              Respectfully submitted,

              Gottlieb & Janey LLP

              By: _____
                Seth J. Zuckerman

cc: All counsel of record (via ECF)