**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**    **ARLENE R. LINDSAY**    **DATE: 6/1/2020**
              United States Magistrate Judge
                                          **TIME: 2:30 p.m.**

**DOCKET NO: 18-3662 (RRM)**

**CASE: Goldman v. Reddington**

\_\_\_  **INITIAL CONFERENCE**
\_\_\_  **STATUS CONFERENCE**
\_\_\_  **SCHEDULING CONFERENCE**       **BY TELEPHONE X**
\_\_\_  **SETTLEMENT CONFERENCE**
\_\_\_  **FINAL CONFERENCE**
**_X_**  **MOTION HEARING**

    **APPEARANCES:**

| FOR PLAINTIFF: | FOR DEFENDANT: | FOR MOVANT: |
|---|---|---|
| Seth Zuckerman | Sandra Musumeci | David DeBruin |
| | | Lauren Hartz |

**The following rulings were made:**

      A conference was held at which the court ruled that the documents contained within Doc entry [62] should be unsealed with the exception of a single N.D.N.Y. index reference contained therein. To facilitate this process the movant, Syracuse University, shall file a duplicate set of documents and attachments with the exception that the N.D.N.Y. index reference may be redacted at this time. This determination will be revisited after a decision by the N.D.N.Y. on the question whether the plaintiff may proceed as a John Doe. For the reasons stated on the record the application to limit plaintiff to one deposition is denied.

**SO ORDERED:**
_____**/s/**_____