UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALEX GOLDMAN,

        Plaintiff,

-against-

CATHERINE REDDINGTON,

        Defendant.

---

Case No. 1:18-cv-03662-RPK-ARL

**ORAL ARGUMENT REQUESTED**

## DEFENDANT CATHERINE REDDINGTON'S NOTICE OF DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 15(A) MOTION FOR LEAVE TO FILE COUNTERCLAIM

PLEASE TAKE NOTICE that for the reasons set forth in the accompanying Memorandum of Law, dated September 3, 2020, and upon the prior proceedings and pleadings filed in this Action, Defendant Catherine Reddington will move this Court at the United States Courthouse for the Eastern District of New York, 814 Federal Plaza, Central Islip, New York 11722, on October 2, 2020, for an Order granting Defendant's Federal Rule of Civil Procedure 15(a) Motion for Leave to file counterclaims against Plaintiff Alex Goldman..

Date: September 3, 2020

Respectfully Submitted,

*/s/ Sandra L. Musumeci*
Sandra L. Musumeci
RILEY SAFER HOLMES & CANCILA LLP
200 Vesey Street, 24th Floor
New York, New York 10019
Phone: 212-660-1000
Fax: 212-660-1001
Email: smusumeci@rshc-law.com

1

Matthew P. Kennison (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
121 W. Washington, Suite 402
Ann Arbor, MI 48104
Tel: 734.773.4911
Fax: 734.773.4901
mkennison@rshc-law.com

*Attorneys for Catherine Reddington*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on September 3, 2020, she caused a true and correct copy of the foregoing document to be served using the Court's electronic filing system on all registered e-filers, which will send electronic notification of such filing to all parties that have appeared in this action.

*/s/ Sandra L. Musumeci*
Sandra L. Musumeci