UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ALEX GOLDMAN,

                      Plaintiff,                      **ORDER**
                                                                                  18-CV-3662 (RRM) (ARL)

        -against-

CATHERINE REDDINGTON,

                      Defendants.
---------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the Court is the plaintiff's motion seeking to quash a subpoena that the defendant served on the Onondaga County Center for Forensic Science. The plaintiff argues that the defendant issued the subpoena in violation of the Court's August 13, 2020 Order stating that "[t]he parties may not serve new discovery requests at this time." The Court has reviewed the parties' submissions and is satisfied that meaningful efforts were made to obtain this discovery before the deadline. Accordingly, the motion is denied.

      To be clear, the discovery cutoff date has passed and no new discovery may be sought. Discovery has only been extended to October 30, 2020 for the limited purpose of completing outstanding discovery. The parties are reminded that any party planning on making a dispositive motion shall take the first step in the motion process by November 13, 2020. The final/settlement conference is scheduled for November 24, 2020, at 2:00 p.m. The parties are directed to electronically file a proposed joint pretrial order prior to the final conference.

Dated: Central Islip, New York                **SO ORDERED:**
       September 22, 2020

                                                            _____/s_____
                                                             ARLENE R. LINDSAY
                                                              United States Magistrate Judge