UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALEX GOLDMAN,

                          Plaintiff,                     **ORDER**
                                                                            18-CV-3662 (RRM) (ARL)

     -against-

CATHERINE REDDINGTON,

                          Defendants.
-------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the Court is the plaintiff's motion seeking to compel the defendant, Catherine Reddington ("Reddington"), to supplement her discovery responses to include communications and information regarding her GoFundMe page. According to the plaintiff, Alex Goldman ("Goldman"), after the close of discovery, Reddington's family initiated a GoFundMe campaign to cover her legal defense fees for this matter. The GoFundMe page, which was created by the defendant's father and her two sisters, is entitled "Justice for Katie" and contains a recitation of some of the underlying facts in this case including references to the recent motion to compel DNA. Upon learning of the existence of the page, Goldman requested that Reddington produce any communications between "[her] and anyone regarding the creation of the GoFundMe page, including the narrative portion of the post, any drafts of the post, and any communications with any donors regarding the GoFundMe page and the substantive facts of this action." Reddington objected to the demand on the grounds that the material sought is irrelevant and not proportional to the needs of the case. Although Goldman speculates that the discovery sought is potentially relevant to Reddington's credibility, the Court agrees that Goldman has failed to make the necessary showing of relevance. Accordingly, the motion is denied at this time.

Dated: Central Islip, New York                           **SO ORDERED:**
         February 19, 2021

                                                                            _____/s_____
                                                                               ARLENE R. LINDSAY
                                                                               United States Magistrate Judge