

Sandra L. Musumeci
136 Madison Avenue
6th Floor
New York, NY  10016
T: 212-660-1032
F: 212.660.1001
smusumeci@rshc-law.com

May 13, 2022

**VIA ECF and Electronic Mail**

Seth J. Zuckerman
ChaudhryLaw PLLC
45 West 29th Street, Suite 303
New York, New York 10001
212.785.5558
szuckerman@chaudhrylaw.com

Re:   *Goldman v. Reddington*, Case No. 1:18-cv-03662-(RPK)(ARL)

Dear Mr. Zuckerman,

Enclosed please find a copy of Defendant/Counterclaim-Plaintiff Catherine Reddington's Memorandum of Law in Opposition to Plaintiff's Motion for Judgment on the Pleadings, as well as an accompanying Declaration of Sandra Musumeci and exhibits thereto.

Sandra L. Musumeci
RILEY SAFER HOLMES & CANCILA LLP
*Attorney for Catherine Reddington*

cc:   United States District Judge Rachel P. Kovner (via ECF) (without enclosures)