

**Sandra Musumeci**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7788
Fax: (212) 808-7897
smusumeci@kelleydrye.com

June 5, 2024

<u>VIA ECF</u>

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Alex Goldman v. Catherine Reddington*, 1:18-cv-03662 (RPK)(ARL)

<u>Joint Status Report</u>

Dear Judge Kovner:

We represent Defendant Catherine Reddington in the above-referenced matter. We write on behalf of both Parties in response to this Court's Order dated February 6, 2024, instructing the Parties to file a fifth status report regarding the current stay in this matter pending the Second Circuit's decision in *Coleman v. Grand*, Dkt. 21-800.

The Court of Appeals for the Second Circuit still has not issued a decision in *Coleman v. Grand*. As we previously noted in the Parties' status report of February 5, 2024 (ECF No. 165), the Second Circuit heard oral argument in *Coleman v. Grand* on May 13, 2022. We understand that the case remains an active matter, with a decision still expected.

Because the issues presented in *Coleman v. Grand* are substantially related to those in the instant matter, the Parties again jointly ask this Court to continue to stay the pending motions—(1) Defendant's motion for summary judgment (ECF No. 140), and (2) Plaintiff's motion for judgment on the pleadings (ECF No. 155)—until the Second Circuit has issued a decision in *Coleman v. Grand,* or for another status report within a reasonable time as the Court may deem appropriate.

Hon. Rachel P. Kovner
June 5, 2024

                              Respectfully submitted,

                              Sandra L. Musumeci

Cc:    Seth J. Zuckerman, Esq. (via ECF)