**Genevieve Mesch**

2590 Walnut Street
Denver, CO 80205
Tel: (303) 226-9053
Genevieve@tyroneglover.com

October 10, 2024

**VIA ECF**

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Alex Goldman v. Catherine Reddington*, 1:18-cv-03662 (RPK)(ARL)
            **Motion to Withdraw as Counsel by Genevieve Mesch**

Dear Judge Lindsay,

    We represent Defendant Catherine Reddington in the above-referenced matter. We write to request permission for attorney Genevieve Mesch to withdraw as counsel of record for Defendant in this matter. Ms. Mesch represented Ms. Reddington in her capacity as a Supervising Attorney at the Georgetown University Law Center Civil Rights Clinic. However, on July 1, 2024, Ms. Mesch completed her fellowship with the Civil Rights Clinic and is no longer employed by Georgetown University Law Center.

    Defendant Reddington will continue to be represented by Aderson Francois, with the Georgetown University Law Center Civil Rights Clinic, as well as Sandra Lynn Musumecci, with Kelley Drye and Warren LLP. Defendant Catherine Reddington has consented to Genevieve Mesch's withdrawal. There will be no prejudice to either party by allowing me to withdraw, as it will not impede any current deadlines in this matter. We therefore respectfully request that the Court grant the instant Motion to Withdraw as Counsel.

                                        Respectfully submitted,

                                        Genevieve Mesch

Cc: Seth J. Zuckerman, Esq. (via ECF)