UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ALEX GOLDMAN,                                                :
                                                             :   Case No. 1:18-cv-03662-RPK-ARL
                Plaintiff,             :
                                                             :
-v.-                                                         :
                                                             :
CATHERINE REDDINGTON,                                        :
                                                             :
                Defendant.             :
------------------------------------------------------------ X

# NOTICE OF MOTION FOR PRIYA CHAUDHRY AND CHAUDHRYLAW PLLC TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4

Pursuant to Local Civil Rule 1.4, counsel for Plaintiff Alex Goldman, Priya Chaudhry and the firm ChaudhryLaw PLLC, hereby move this Court to withdraw as counsel. The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support. Plaintiff Alex Goldman consents to this motion.

Dated: July 1, 2025
       New York, New York

                                          ChaudhryLaw PLLC

                                          By:   */s/ Priya Chaudhry*
                                                  Priya Chaudhry

                                                  147 W. 25th Street, 12th Floor
                                                New York, New York 10001
                                                Tel: (212) 785-5550
                                                priya@chaudhrylaw.com

                                                *Attorney for Plaintiff Alex Goldman*