

**Sandra Musumeci**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7788
Fax: (212) 808-7897
smusumeci@kelleydrye.com

January 12, 2026

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Alex Goldman v. Catherine Reddington*, 1:18-cv-03662 (RPK)(ARL)
**Joint Status Report**

Dear Judge Kovner:

We represent Defendant Catherine Reddington in the above-referenced matter. We write on behalf of both Parties in response to this Court's Order dated November 11, 2025, which followed the November 3, 2025 decision of the Court of Appeals for the Second Circuit in the case of *Coleman v. Grand*, Dkt. 21-800.

As the Court is aware, the instant case was stayed for more than three years while waiting for the *Coleman v. Grand* decision. Since the Court's November 11, 2025 order, counsel on both sides have conferred with their clients, and with each other. Unfortunately, the parties are not able to resolve the claims at this time, and instead, seek a schedule to update and re-file the motions that had been submitted before the Court – namely Defendant's motion for summary judgment (ECF No. 145), and Plaintiff's motion for judgment on the pleadings (ECF No. 155). The parties propose the following briefing schedule:

- March 12, 2026 – deadline for parties' amended motions
- April 9, 2026 – deadline for parties' opposition to amended motions
- April 23, 2026 – deadline for parties' reply to amended motions

The parties would then seek to schedule oral argument on the motions, to the extent the Court would find it helpful.

Respectfully submitted,

Sandra L. Musumeci

Cc: All counsel of record (via ECF)