

March 12, 2026

**VIA ECF and EMAIL**
Sandra Musumeci
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

    **Re**:   *Alex Goldman v. Catherine Reddington*, 1:18-cv-03662-RPK-ARL

Dear Counsel:

    Enclosed please find a copy of Plaintiff Alex Goldman's Motion for Judgment on the Pleadings, including: (a) Notice of Motion for Judgment on the Pleadings, (b) Memorandum of Law in Support of Plaintiff's Motion, (c) Declaration of Seth J. Zuckerman, and (d) all exhibits thereto. Pursuant to Judge Kovner's bundling rule, this motion will be filed on the docket once fully briefed.

    Respectfully submitted,

    Seth J. Zuckerman