

**Sandra Musumeci**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

Tel: (212) 808-7788
SMusumeci@KelleyDrye.com

March 12, 2026

**Via ECF and E-Mail**

Seth Zuckerman
Zuckerman Legal Group
14 Penn Plaza, Suite 814
New York, NY 10122

Re: *Alex Goldman v. Catherine Reddington*, 1:18-cv-03662-RPK-ARL

Counsel:

Enclosed please find a copy of Defendant Catherine Reddington's Motion for Summary Judgment and supporting papers. Pursuant to Judge Kovner's rules, this motion will be filed on the docket once fully briefed.

Respectfully submitted,

/s/ Sandra Musumeci