

April 9, 2026

**<u>VIA ECF and EMAIL</u>**
Sandra Musumeci
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

    **Re**:   *Alex Goldman v. Catherine Reddington*, 1:18-cv-03662-RPK-ARL

Dear Counsel:

Enclosed please find a copy of Plaintiff Alex Goldman's Opposition to Defendant Catherine Reddington's Motion for Summary Judgment, including: (a) Memorandum of Law in Opposition to Defendant's Motion, (b) unredacted and redacted versions of Plaintiff's Responsive Rule 56.1 Statement of Material Facts, (c) Declaration of Seth J. Zuckerman and all unredacted and redacted exhibits thereto (including an Index of Exhibits), and (d) Declaration of Plaintiff Alex Goldman.

        Respectfully submitted,

        Seth J. Zuckerman

Seth J. Zuckerman       seth@zuckermanlegalgroup.com       212.563.5655