

**Sandra Musumeci**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York  10007

Tel:  (212) 808-7788
SMusumeci@KelleyDrye.com

April 9, 2026

**Via ECF and E-Mail**

Seth Zuckerman
Zuckerman Legal Group
14 Penn Plaza, Suite 814
New York, NY 10122

      Re:    *Alex Goldman v. Catherine Reddington*, **1:18-cv-03662-RPK-ARL**

Counsel:

      Enclosed please find a copy of Defendant Catherine Reddington's Opposition to Plaintiff's Motion for Judgment on the Pleadings.  Pursuant to Judge Kovner's rules, this motion will be filed on the docket once fully briefed.

      Respectfully submitted,

      /s/ Sandra Musumeci