UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ALEX GOLDMAN,                                          :
                                                       :       Case No. 1:18-cv-03662-RPK-ARL
                                  Plaintiff,           :
                                                       :
-v.-                                                   :
                                                       :
CATHERINE REDDINGTON,                                  :
                                                       :
                                  Defendant.           :
------------------------------------------------------------ X

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(c)**

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law in Support,

Declaration of Seth J. Zuckerman, and the exhibits thereto, Plaintiff/Counterclaim-Defendant

Alex Goldman will move this Court at the United States Courthouse, Eastern District of New

York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined

by the Court, for an Order granting judgment on the pleadings in favor of Mr. Goldman against

Defendant/Counterclaim-Plaintiff Catherine Reddington and dismissing the counterclaim,

pursuant to Federal Rule of Civil Procedure 12(c).

Dated:  March 12, 2026
        New York, New York

                                        Respectfully submitted,

                                        /s/ Seth J. Zuckerman
                                        Seth J. Zuckerman
                                        ZUCKERMAN LEGAL GROUP
                                        14 Penn Plaza, Suite 814
                                        New York, NY 10122
                                        Tel: (212) 563-5655
                                        E-mail: seth@zuckermanlegalgroup.com

                                        *Attorney for Plaintiff Alex Goldman*