ALEX GOLDMAN,

*Plaintiff/Counterclaim-Defendant,*

v.

CATHERINE REDDINGTON,

*Defendant/Counterclaim-Plaintiff.*

Case No. 1:18-cv-03662-RPK-ARL

## DEFENDANT/COUNTERCLAIM-PLAINTIFF CATHERINE REDDINGTON'S NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL

PLEASE TAKE NOTICE that Defendant/Counterclaim-Plaintiff Catherine Reddington ("Ms. Reddington"), upon this Notice of Motion, accompanying Memorandum in Support, and all the pleadings and proceedings herein, will move this Court at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, for an Order permanently sealing or redacting certain confidential information as set forth in the Memorandum.

Date: April 29, 2026

Respectfully Submitted,

*/s/ Sandra L. Musumeci*
Sandra L. Musumeci
KELLEY DRYE & WARREN LLP
175 Greenwich Street
New York, New York 10007
Phone: 212-660-1000
Fax: 212-660-1001
Matthew P. Kennison
333 W. Wacker Drive, Suite 2600
Chicago, Illinois 60606

Phone: 312-857-7070
Fax: 312-857-7095
Email:
smusumeci@kelleydrye.com
      mkennison@kelleydrye.com

Aderson B. Francois (NY Bar
No. 2644219)
Allison G. Black (NY Bar
No. 6159586)
GEORGETOWN UNIVERSITY
LAW CENTER
CIVIL RIGHTS CLINIC
600 New Jersey Avenue NW, Suite
352
Washington, DC 20001
Tel.: (917) 686-0055
Email:
Aderson.Francois@georgetown.edu

Allison.Black@georgetown.edu
*Admitted pro hac vice

*Attorneys for Catherine Reddington*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 29, 2026, she caused a true and correct copy of the foregoing document to be served via email to Plaintiff/Counterclaim Defendant's counsel of record.

/s/ *Sandra L. Musumeci*
Sandra L. Musumeci