

**Sandra Musumeci**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York  10007

Tel:  (212) 808-7788
SMusumeci@KelleyDrye.com

May 11, 2026

**Via ECF**

Hon. Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:     *Alex Goldman v. Catherine Reddington*, 1:18-cv-03662-RPK-ARL

Judge Kovner:

     This firm represents Defendant Catherine Reddington in the above-captioned matter.  We write to confirm our request to provisionally seal ECF Nos. 192-11, 192-16, and 192-49 in accordance with the request to seal filed at ECF # 189.  These documents contain confidential material and their filing on the public docket was inadvertent.

     We thank the Court for its attention to this request.

                   Respectfully submitted,

                   /s/ Sandra Musumeci

cc:  All counsel of record (via ECF)