# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Alex Goldman<br>*Plaintiff*<br>v.<br>Catherine Reddington<br>*Defendant* | ) ) ) ) ) | Case No. 1:18-cv-03662-RPK-ARL |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant/Counterclaim-Plaintiff Catherine Reddington .

Date: 09/25/2026

*Attorney's signature*

Allison Black
*Printed name and bar number*
Georgetown Law Civil Rights Clinic
600 New Jersey Ave NW, Suite 352
Washington, DC 20001
*Address*

Allison.Black@georgetown.edu
*E-mail address*

(402) 730-2301
*Telephone number*

*FAX number*